ORIGINAL

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

### DALLAS DIVISION

**SEALED**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

MAY 2 1 2008

CLERK, U.S. DISTRICT COURT
Deputy

THE UNITED STATES OF AMERICA

v.

| | |
|---|---|
| RICKY GYRONE WILLIAMS  (1) | § |
| SHAWN JOSEPH MCKENZIE  (2) | § **FILED UNDER SEAL** |
| GREGORY DEON JONES  (3) | § |
| BARRON KEITH FIELDS     (4) | § |
|     a.k.a "Twin" | § **3-08CR-152-N** |
| BUFORD CHARLES MALONE  (5) | § |
| STACEY ORLANDO THOMPSON  (6) | §    No. |
| SHAMVELL ANTIJUAN WILLIAMS (7) | § |
|     a.k.a. "Chub" | § |
| MONTEZ ANTONIO ASHBY  (8) | § |
|     a.k.a. "Dafro" | § |
| JAMES EDWARD CRAWFORD, JR.  (9) | § |
| CHAKEDRA JOHNSON  (10) | § |
|     a.k.a. "Kedra" | § |
| TERRENCE EMMANUEL RONE  (11) | § |
|     a.k.a. "T-Rone" | § |
| LAKENDRA IRENE AVERY  (12) | § |
|     a.k.a. "Kendra" | § |
| ANTONIO DEWAYNE MCFAIL  (13) | § |
| WILLIE RAY BEARD  (14) | § |
|     a.k.a. "T-Bird" | § |
| ROY LEE HARRIS  (15) | § |
| FNU LNU  (16) | § |
|     a.k.a. "Uncle" | § |

<u>Count One</u>
Conspiracy to Possess With Intent To Distribute a Schedule I and
Schedule II Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning on or about December 1, 2005, the exact date being unknown to the

Grand Jury, and continuing thereafter until the return of this indictment, in the Dallas

Division of the Northern District of Texas and elsewhere, **Ricky Gyrone Williams,**

**Shawn Joseph McKenzie, Gregory Deon Jones, Barron Keith Fields a.k.a. "Twin",**

**Buford Charles Malone, Stacey Orlando Thompson, Shamvell Antijuan Williams**

**a.k.a. "Chub", Montez Antonio Ashby a.k.a. "Dafro", James Edward Crawford, Jr.,**

**Chakedra Johnson a.k.a. "Kedra", Terrence Emmanuel Rone a.k.a. "T-Rone",**

**Lakendra Irene Avery a.k.a. "Kendra", Antonio Dewayne McFail, Willie Ray Beard**

**a.k.a. "T-Bird", Roy Lee Harris, FNU LNU a.k.a. "Uncle"** defendants, and others both

known and unknown, did knowingly, intentionally and unlawfully combine, conspire,

confederate, and agree together, with each other and with other persons both known and

unknown to the Grand Jury, to commit certain offenses against the United States, to-wit:

to possess with the intent to distribute and the distribution of 100 grams or more of a

mixture or substance containing a detectable amount of phencyclidine (PCP), a Schedule

II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iv);  to

possess with the intent to distribute and the distribution of a mixture and substance

containing a detectable amount of 3,4-methylenedioxy methamphetamine (MDMA), a

Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C);  and

to possess with the intent to distribute and the distribution of less than fifty (50) kilograms

of a mixture and substance containing a detectable amount of marijuana, a Schedule I

controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(D).

## MANNER AND MEANS OF THE CONSPIRACY

During the conspiracy as alleged herein, it was part of the conspiracy that one or

more of the defendants and co-conspirators would:

1.   Arrange for the acquisition of phencyclidine (PCP), 3,4-methylenedioxy

methamphetamine (MDMA)("ecstasy") and marijuana from both known and

unknown sources in Dallas, Texas and elsewhere;

2.   Negotiate the sale of phencyclidine (PCP), 3,4-methylenedioxy

methamphetamine (MDMA)("ecstasy") and marijuana to persons both known and

unknown to the Grand Jury;

3.   Utilize stash houses known as "traps" and other locations for storing and

distributing quantities of phencyclidine (PCP), 3,4-methylenedioxy

methamphetamine (MDMA)("ecstasy") and marijuana;

4.   Utilize stash houses known as "traps" and other locations for storing sums of

United States currency gained from the sale of phencyclidine (PCP),

3,4-methylenedioxy methamphetamine (MDMA)("ecstasy") and marijuana;

5.   Work the door at certain "traps" and restrict entry to only certain customers to

avoid law enforcement;

6.   Act as "look-outs" or engage in counter surveillance when drug transactions were occurring and at other times keep watch on each other and the stash locations so as to become aware of any law enforcement presence;  and

7.   Utilize communication facilities including telephones and cellular telephones to discuss, negotiate and facilitate drug transactions.

In violation of 21 U.S.C. § 846.

Count Two
Distribution of a Schedule II Controlled Substance
(21 U.S.C. § 841(a)(1) and (b)(1)(B)(iv))

On or about January 11, 2008, in the Dallas Division of the Northern District of

Texas, defendants **Ricky Gyrone Williams** and **Chakedra Johnson a.k.a. "Kedra"**,

aided and abetted by each other, did knowingly and intentionally distribute 100 grams or

more of a mixture and substance containing a detectable amount of phencyclidine (PCP),

a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iv) and 18 U.S.C. § 2.

<u>Count Three</u>
Distribution of a Schedule II Controlled Substance In or Near A School
(21 U.S.C. § 860)

On or about January 11, 2008, in the Dallas Division of the Northern District of

Texas, defendants **Ricky Gyrone Williams** and **Chakedra Johnson a.k.a. "Kedra"**,

aided and abetted by each other, did knowingly and intentionally distribute 100 grams or

more of a mixture and substance containing a detectable amount of phencyclidine (PCP),

a Schedule II controlled substance in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iv)

within 1000 feet of real property comprising Maynard Jackson Middle School, a public

school.

In violation of 21 U.S.C. §§ 841(a)(1) and 860 and 18 U.S.C. § 2.

<u>Count Four</u>
Possession With the Intent to Distribute a Schedule II Controlled Substance
(Violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C))

On or about January 17, 2008, in the Dallas Division of the Northern District of

Texas, **Stacey Orlando Thompson**, defendant, did knowingly and intentionally possess

with the intent to distribute a mixture or substance containing a detectable amount of

phencyclidine (PCP), a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

<u>Count Five</u>
Distribution of a Schedule I Controlled Substance
(21 U.S.C. § 841(a)(1) and (b)(1)(C))

On or about January 25, 2008, in the Dallas Division of the Northern District of

Texas, defendants **Terrence Emmanuel Rone a.k.a. "T-Rone"** and **Lakendra Irene**

**Avery a.k.a. "Kendra"**, aided and abetted by each other, did knowingly and intentionally

distribute a mixture and substance containing a detectable amount of 3,4-methylenedioxy

methamphetamine (MDMA), a Schedule I controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2.

Count Six
Distribution of a Schedule II Controlled Substance
(21 U.S.C. § 841(a)(1) and (b)(1)(C))

On or about January 30, 2008, in the Dallas Division of the Northern District of

Texas, defendant **Ricky Gyrone Williams**, did knowingly and intentionally distribute a

mixture and substance containing a detectable amount of phencyclidine (PCP), a

Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

<u>Count Seven</u>
Distribution of a Schedule I Controlled Substance
(21 U.S.C. § 841(a)(1) and (b)(1)(C))

On or about February 6, 2008, in the Dallas Division of the Northern District of

Texas, defendant **Terrence Emmanuel Rone a.k.a. "T-Rone"** did knowingly and

intentionally distribute a mixture and substance containing a detectable amount of

3,4-methylenedioxy methamphetamine (MDMA), a Schedule I controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

<u>Count Eight</u>
Possession With the Intent to Distribute a Schedule II Controlled Substance
(Violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C))

On or about February 12, 2008, in the Dallas Division of the Northern District of

Texas, **Montez Antonio Ashby a.k.a. "Dafro"** and **James Edward Crawford, Jr.,**

defendants, aided and abetted by each other, did knowingly and intentionally possess with

the intent to distribute a mixture or substance containing a detectable amount of

phencyclidine (PCP), a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C) and 18 U.S.C. § 2.

<u>Count Nine</u>
Distribution of a Schedule II Controlled Substance
(21 U.S.C. § 841(a)(1) and (b)(1)(C))

On or about February 12, 2008, in the Dallas Division of the Northern District of

Texas, defendant **Ricky Gyrone Williams**, did knowingly and intentionally distribute a

mixture and substance containing a detectable amount of phencyclidine (PCP), a

Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

Count Ten
Distribution of a Schedule II Controlled Substance In or Near A School
(21 U.S.C. § 860)

On or about February 12, 2008, in the Dallas Division of the Northern District of

Texas, defendant **Ricky Gyrone Williams**, did knowingly and intentionally distribute a

mixture and substance containing a detectable amount of phencyclidine (PCP), a

Schedule II controlled substance in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)

within 1000 feet of real property comprising Maynard Jackson Middle School, a public

school.

In violation of 21 U.S.C. §§ 841(a)(1) and 860.

<u>Count Eleven</u>
Distribution of a Schedule II Controlled Substance
(21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

On or about February 25, 2008, in the Dallas Division of the Northern District of

Texas, defendant **Ricky Gyrone Williams**, did knowingly and intentionally distribute a

mixture and substance containing a detectable amount of phencyclidine (PCP), a

Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

<u>Count Twelve</u>
Distribution of a Schedule II Controlled Substance In or Near A School
(21 U.S.C. § 860)

On or about February 25, 2008, in the Dallas Division of the Northern District of

Texas, defendant **Ricky Gyrone Williams**, did knowingly and intentionally distribute a

mixture and substance containing a detectable amount of phencyclidine (PCP), a

Schedule II controlled substance in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)

within 1000 feet of real property comprising Maynard Jackson Middle School, a public

school.

In violation of 21 U.S.C. §§ 841(a)(1) and 860.

Count Thirteen
Distribution of a Schedule II Controlled Substance
(21 U.S.C. § 841(a)(1) and (b)(1)(B)(iv))

On or about April 9, 2008, in the Dallas Division of the Northern District of Texas,

defendant **Ricky Gyrone Williams**, did knowingly and intentionally distribute 100 grams

or more of a mixture and substance containing a detectable amount of phencyclidine

(PCP), a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iv).

Count Fourteen
Distribution of a Schedule II Controlled Substance Near A School
(21 U.S.C. § 860)

On or about April 9, 2008, in the Dallas Division of the Northern District of Texas,

defendant **Ricky Gyrone Williams**, did knowingly and intentionally distribute 100 grams

or more of a mixture and substance containing a detectable amount of phencyclidine

(PCP), a Schedule II controlled substance in violation of 21 U.S.C. § 841(a)(1) and

(b)(1)(B)(iv) within 1000 feet of real property comprising Maynard Jackson Middle

School, a public school.

In violation of 21 U.S.C. §§ 841(a)(1) and 860.

<u>Count Fifteen</u>
Possession With the Intent to Distribute a Schedule II Controlled Substance
(Violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C))

On or about March 13, 2008, in the Dallas Division of the Northern District of

Texas, defendant **Antonio Dewayne McFail**, did knowingly and intentionally possess

with the intent to distribute a mixture or substance containing a detectable amount of

phencyclidine (PCP), a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

Count 16
Forfeiture Allegation
(21 U.S.C. § 853(a)(1) and (2))

Upon conviction of an offense alleged in Count One - Fourteen of this Indictment and pursuant to 21 U.S.C. § 853(a)(1) and (2), defendants **Ricky Gyrone Williams, Shawn Joseph McKenzie, Gregory Deon Jones, Barron Keith Fields a.k.a. "Twin", Buford Charles Malone, Chakedra Johnson a.k.a. "Kedra", James Edward Crawford, Jr.** and **Willie Ray Beard a.k.a. "T-Bird"** shall forfeit to the United States any property constituting or derived from proceeds obtained, directly or indirectly, as a result of the offense; and any property used or intended to be used in any manner or part to commit or to facilitate the commission of the offense.

The above-referenced property subject to forfeiture concerning the previously-mentioned defendants includes, but is not limited to, the following:

Personal Property

1.  One 2008 Infinity G 35 Sedan, Vehicle Identification Number JNKBV61EX8M207733, Texas License Number DHD059 (as to **Shawn Joseph McKenzie**).

2.  One 2004 Infinity Q56, Vehicle Identification Number 5N3AA08A14N805905, Texas License Number FTB862 (as to **Shawn Joseph McKenzie**).

3.  One Chevrolet, Vehicle Identification Number 3GNEC12T34G20728, Texas License Number 31FMW7 (as to **James Edward Crawford, Jr.**).

4.  One 2004 Lincoln Town Car, Vehicle Identification Number

1LNHM81W74Y626981, Texas License Number FTB862 (as to **Barron Keith Fields a.k.a. "Twin"**).

     5.  One 2002 Dodge Caravan, Vehicle Identification Number 2B4GP44392R687037, Texas License Number 490PVX (as to **Barron Keith Fields a.k.a. "Twin"**).

     6.  One 2004 Infinity Q56, Vehicle Identification Number JNKAY41E54M401233, Texas License Number FTB862 (as to **Gregory Deon Jones**).

     7.  One 1968 Chevrolet, Vehicle Identification Number 16498D189447, Texas License Number DYM694 (as to **Gregory Deon Jones**).

     8.  One 2003 Cadillac Deville, Vehicle Identification Number 1G6KD54Y93U196613, Texas License Number T78BVS (as to **Buford Charles Malone**).

     9.  One 2003 Chevrolet Tahoe, Vehicle Identification Number 1GNEC13Z63R179584, Texas License Number T91CKS (as to **Ricky Gyrone Williams**).

     10.  One 2000 Cadillac Deville, Vehicle Identification Number 1G6KD54Y8YU163173, Texas License Number Z06FNG (as to **Ricky Gyrone Williams**).

     11.  One 1999 Lincoln Town car, Vehicle Identification Number 1LNHM81WXXY645920, Texas License Number 317PZC (as to **Ricky Gyrone Williams**).

12.  One 1974 Pontiac, Vehicle Identification Number 2P67Y4X147857, Texas License Number T56BSZ (as to **Ricky Gyrone Williams**).

13.  One 1996 Cadillac Deville, Vehicle Identification Number 1G6KD52Y1TU209664, Texas License Number W22SHH (as to **Willie Ray Beard a.k.a. "T-Bird"**).

14.  One 2002 Chevrolet Avalanche, Vehicle Identification Number 3GNEC13T82G106338, Texas License Number 08DSB7 (as to **Willie Ray Beard a.k.a. "T-Bird"**).

15.  One 2000 Chrysler 300, Vehicle Identification Number 2C3HE66G4YH300874, Texas License Number DYD672 (as to **Chakedra Johnson a.k.a. "Kedra"**).

A TRUE BILL

FOREPERSON

RICHARD B. ROPER
UNITED STATES ATTORNEY

Rick Calvert
Assistant United States Attorney
Texas Bar No. 03669700
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:  214.659.8675

**Indictment - Page - 21**

**3-08 CR-152-N**

ORIGINAL

U.S. DISTRICT OF
NORTHERN DISTRICT OF TEXAS
FILED

MAY 21 2008

CLERK, U.S. DISTRICT COURT
By _____
        DEPUTY

## SEALED INDICTMENT

21 U.S.C. § 846
Conspiracy to Possess with Intent to Distribute a Schedule I and Schedule II Controlled Substance

**SEALED**

21 U.S.C. § 841(a)(1) and (b)(1)(B)(iv)
Distribution of a Schedule II Controlled Substance

21 U.S.C. § 860
Distribution of a Schedule II Controlled Substance In or Near a School

21 U.S.C. § 841(a)(1) and (b)(1)(C)
Possession with the Intent to Distribute a Schedule II Controlled Substance

21 U.S.C. § 841(a)(1) and (b)(1)(C)
Distribution of a Schedule I Controlled Substance

21 U.S.C. § 841(a)(1) and (b)(1)(C)
Distribution of a Schedule II Controlled Substance

21 U.S.C. § 853(a)(1) and (2)
Forfeiture Allegation

16 Counts

A true bill rendered

DALLAS                                                                                    FOREPERSON

Filed in open court this ___21___ day of May  2008.

--------------------------------------------------------------------------------
                                                                                              Clerk

**PLEASE ISSUE ARREST WARRANTS for RICKY GYRONE WILLIAMS (1), SHAWN JOSEPH MCKENZIE (2), GREGORY DEON JONES(3), BARRON KEITH FIELDS (4), aka "Twin", BUFORD CHARLES MALONE (5), STACEY ORLANDO THOMPSON (6), SHAMVELL ANTIJUAN WILLIAMS (7) aka "Chub", MONTEZ ANTONIO ASHBY (8), aka "Dafro", JAMES EDWARD CRAWFORD, JR. (9), CHAKEDRA JOHNSON (10), aka "Kedra", TERRENCE EMMANUEL RONE (11), aka "T-Rone", LAKENDRA IRENE AVERY (12), aka "Kendra", ANTONIO DEWAYNE MCFAIL (13), WILLIE RAY BEARD (14), aka "T-Bird", ROY LEE HARRIS (15), FNU LNU (16), aka "Uncle"**

--------------------------------------------------------------------------------
UNITED STATES DISTRICT/MAGISTRATE JUDGE
NO CRIMINAL COMPLAINT PENDING

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| | **Related Case Information** |

Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number _____

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☒ Yes   ☐ No

   Defendant Name            **RICKY GYRONE WILLIAMS   (1)**

   Alias Name          _____

   Address             _____

   County in which offense was committed:          *Dallas*

2. **U.S. Attorney Information**

   **AUSA RICK A CALVERT**            Bar #  **TX Bar No. 03669700**

3. **Interpreter**

   ☐ Yes   ☒ No   If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date:   **Issue arrest warrant**

   ☐ Already in Federal Custody as of _____ in _____
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant:   **10**   Petty ☐   Misdemeanor ☐   X Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 21 U.S.C. § 846 | Conspiracy to Possess With Intent To Distribute a Schedule I and Schedule II Controlled Substance | 1 |
   | 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iv) | Distribution of a Schedule II Controlled Substance | 2, 13 |
   | 21 U.S.C. § 860 | Distribution of a Schedule II Controlled Substance In or Near A School | 3, 10, 12 14 |

21 U.S.C. § 841(a)(1)          Distribution of a Schedule I Controlled Substance          6, 9,11
and (b)(1)(C)

21 U.S.C. § 853(a)(1)          Forfeiture Allegation                                     16
and (2)

MAY 12, 2008

Date _____          Signature of AUSA:_____

                                                    **RICK A. CALVERT**

*Criminal Case Cover Sheet*                                        **3-08CR-152-N** Revised 3/5/98

ORIGINAL

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

| Related Case Information |
|---|
| Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No |
| Pending CR Case in NDTX: ☐ Yes ☒ No  If Yes, number: _____ |
| Search Warrant Case Number _____ |
| R 20 from District of _____ |
| Magistrate Case Number _____ |

1.  **Defendant Information**

Juvenile: ☐ Yes ☒ No

If Yes, Matter to be sealed:

☒ Yes ☐ No

Defendant Name _____ **SHAWN JOSEPH MCKENZIE  (2)** _____

Alias Name _____

Address _____

_____

County in which offense was committed:     DALLAS _____

2.  **U.S. Attorney Information**

**AUSA RICK A CALVERT** _____     Bar # **TX Bar No. 03669700**

3.  **Interpreter**

☐ Yes ☒ No    If Yes, list language and/or dialect: _____

4.  **Location Status**

Arrest Date:  **Issue arrest warrant**

☐ Already in Federal Custody as of _____ in_____
☐ Already in State Custody
☐ On Pretrial Release

5.  **U.S.C. Citations**

Total # of Counts as to This Defendant:  **1**    ☐ Petty  ☐ Misdemeanor  ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess With Intent To Distribute a Schedule I and Schedule II Controlled Substance | 1 |
| 21 U.S.C. § 853(a)(1) and (2) | Forfeiture Allegation | 16 |

Date  _5/12/2008_____   Signature of AUSA:_____

**RICK A. CALVERT**

*Criminal Case Cover Sheet*                    **3-08CR-152-N** Revised 3/5/98

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| Related Case Information |
|---|
| Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No |
| Pending CR Case in NDTX: ☐ Yes ☒ No  If Yes, number: _____ |
| Search Warrant Case Number _____ |
| R 20 from District of _____ |
| Magistrate Case Number _____ |

1.    **Defendant Information**

Juvenile:  ☐ Yes  ☒ No

If Yes, Matter to be sealed:

☒X Yes☐  No

Defendant Name          **GREGORY DEON JONES   (3)**

Alias Name          _____

Address          _____

          _____

          _____

County in which offense was committed:          DALLAS

2.    **U.S. Attorney Information**

**AUSA RICK A CALVERT**          Bar #  **TX Bar No. 03669700**

3.    **Interpreter**

☐ Yes  ☒ No    If Yes, list language and/or dialect: _____

4.    **Location Status**

Arrest Date:  **Issue arrest warrant**

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

5.    **U.S.C. Citations**

Total # of Counts as to This Defendant:  **1**    ☐ Petty  ☐ Misdemeanor  ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess With Intent To Distribute a Schedule I and Schedule II Controlled Substance | 1 |
| 21 U.S.C. § 853(a)(1) and (2) | Forfeiture Allegation | *16* |

Date MAY 12, 2008     Signature of AUSA: _____

**RICK A. CALVERT**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| Related Case Information |
|---|
| Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No |
| Pending CR Case in NDTX: ☐ Yes ☒ No  If Yes, number: _____ |
| Search Warrant Case Number _____ |
| R 20 from District of _____ |
| Magistrate Case Number _____ |

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☒ Yes ☐ No

   Defendant Name　　　**BARRON KEITH FIELDS    (4)**

   Alias Name　　　　　　　　　"Twin"

   Address

   County in which offense was committed:　*Dallas*

2. **U.S. Attorney Information**

   **AUSA RICK A CALVERT**　　　　　　　Bar #　**TX Bar No. 03669700**

3. **Interpreter**

   ☐ Yes ☒ No    If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date:　**Issue arrest warrant**

   ☐ Already in Federal Custody as of _____ in _____
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant:　**1**　　☐ Petty ☐ Misdemeanor ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess With Intent To Distribute a Schedule I and Schedule II Controlled Substance | 1 |
| 21 U.S.C. § 853(a)(1) and (2) | Forfeiture Allegation | *16* |

Date MAY 12, 2008　　　Signature of AUSA: _____

　　　　　　　　　　　　　　**RICK A. CALVERT**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number _____

1. **Defendant Information**

Juvenile: ☐ Yes ☒ No

If Yes, Matter to be sealed:

☒ Yes   ☐ No

Defendant Name _____ **BUFORD CHARLES MALONE   (5)** _____

Alias Name _____

Address _____

_____

County in which offense was committed: _____ Dallas _____

2. **U.S. Attorney Information**

**AUSA RICK A CALVERT**          Bar # **TX Bar No. 03669700**

3. **Interpreter**

☐ Yes   ☒ No   If Yes, list language and/or dialect: _____

4. **Location Status**

Arrest Date: **Issue arrest warrant**

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

5. **U.S.C. Citations**

Total # of Counts as to This Defendant: **1**   ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess With Intent To Distribute a Schedule I and Schedule II Controlled Substance | 1 |
| 21 U.S.C. § 853(a)(1) and (2) | Forfeiture Allegation | |

*16*

Date MAY 12, 2008   Signature of AUSA: _____

**RICK A. CALVERT**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number _____

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☒ Yes ☐ No

   Defendant Name _____ **STACEY ORLANDO THOMPSON   (6)** _____

   Alias Name _____

   Address _____

   _____

   County in which offense was committed: _____ *Dallas* _____

2. **U.S. Attorney Information**

   **AUSA RICK A CALVERT** _____          Bar # **TX Bar No. 03669700**

3. **Interpreter**

   ☐ Yes ☒ No    If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date:   **Issue arrest warrant**

   ☐ Already in Federal Custody as of _____ in _____
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant:   **2**          ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess With Intent To Distribute a Schedule I and Schedule II Controlled Substance | 1 |
| 21 U.S.C. § 841(a)(1) and (b)(1)( C) | Possession With the Intent to Distribute a Schedule II Controlled Substance | 4 |

Date MAY 12, 2008    Signature of AUSA: _____

**RICK A. CALVERT**

# 3-08 CR - 152 -N

Revised 3/5/98

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No  If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number _____

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☒ Yes  ☐ No

   Defendant Name          **SHAMVELL ANTIJUAN WILLIAMS  (7)**

   Alias Name              _____ a.k.a. "Chub" _____

   Address                 _____

                           _____

   County in which offense was committed:        _Dallas_

2. **U.S. Attorney Information**

   **AUSA RICK A CALVERT**              Bar # **TX Bar No. 03669700**

3. **Interpreter**

   ☐ Yes  ☒ No   If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date:   **Issue arrest warrant**

   ☐ Already in Federal Custody as of _____ in _____
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant:  **1**   ☐ Petty  ☐ Misdemeanor  ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess With Intent To Distribute a Schedule I and Schedule II Controlled Substance | 1 |

Date:  MAY 12, 2008   Signature of AUSA: _____

**RICK A. CALVERT**

*Criminal Case Cover Sheet*                              **3-08CR-152-N**  Revised 3/5/98

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

<div style="border:1px solid">

### Related Case Information

Superseding Indictment: ☐ Yes  ☒ No    New Defendant: ☒ Yes  ☐ No

Pending CR Case in NDTX: ☐ Yes  ☒ No   If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number _____

</div>

1. **Defendant Information**

   Juvenile:  ☐ Yes  ☒ No

   If Yes, Matter to be sealed:

   ☒ Yes  ☐  No

   Defendant Name  **MONTEZ ANTONIO ASHBY  (8)**

   Alias Name  a.k.a. "Dafro"

   Address  _____

   _____

   County in which offense was committed:  Dallas

2. **U.S. Attorney Information**

   **AUSA RICK A CALVERT**              Bar #  **TX Bar No. 03669700**

3. **Interpreter**

   ☐ Yes  ☒  No    If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date:  **Issue arrest warrant**

   ☐ Already in Federal Custody as of _____ in _____
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant:  **2**   ☐ Petty  ☐ Misdemeanor  ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess With Intent To Distribute a Schedule I and Schedule II Controlled Substance | 1 |
| 21 U.S.C. § 841(a)(1) and (b)(1)(C) | Distribution of a Schedule I Controlled Substance | 8 |

Date:  MAY 12, 2008    Signature of AUSA: _____

**RICK A. CALVERT**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

### Related Case Information

Superseding Indictment: ☐ Yes  ☒ No    New Defendant: ☒ Yes  ☐ No

Pending CR Case in NDTX: ☐ Yes  ☒ No   If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number _____

1. **Defendant Information**

   Juvenile:  ☐ Yes  ☒ No

   If Yes, Matter to be sealed:

   ☒ Yes   ☐ No

   Defendant Name    **JAMES EDWARD CRAWFORD, JR. (9)**

   Alias Name    _____

   Address    _____
   _____
   _____

   County in which offense was committed:    _Dallas_____

2. **U.S. Attorney Information**

   **AUSA RICK A CALVERT**          Bar # **TX Bar No. 03669700**

3. **Interpreter**

   ☐ Yes  ☒ No    If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date:    **Issue arrest warrant**

   ☐ Already in Federal Custody as of _____ in _____
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant:    **2**      ☐ Petty   ☐ Misdemeanor   ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 21 U.S.C. § 846 | Conspiracy to Possess With Intent To Distribute a Schedule I and Schedule II Controlled Substance | 1 |
   | 21 U.S.C. § 841(a)(1) and (b)(1)(C) | Distribution of a Schedule I Controlled Substance | 8 |

*16*

21 U.S.C. § 853(a)(1)      Forfeiture Allegation
and (2)

Date:  MAY 12, 2008        Signature of AUSA: _____

**RICK A. CALVERT**

# 3-08CR-152-N Revised 3/5/98

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

### Related Case Information

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number _____

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☒ Yes   ☐ No

   Defendant Name _____ **CHAKEDRA JOHNSON  (10)** _____

   Alias Name _____ "Kedra" _____

   Address _____

   _____

   County in which offense was committed: _____ Dallas _____

2. **U.S. Attorney Information**

   **AUSA RICK A CALVERT**          Bar #  **TX Bar No. 03669700**

3. **Interpreter**

   ☐ Yes   ☒ No    If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date:  **Issue arrest warrant**

   ☐ Already in Federal Custody as of _____ in _____
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant:  **3**    ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess With Intent To Distribute a Schedule I and Schedule II Controlled Substance | 1 |
| 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iv) | Distribution of a Schedule II Controlled Substance | 2 |
| 21 U.S.C. § 860 | Distribution of a Schedule II Controlled Substance In or Near A School | 3 |

*16*

21 U.S.C. § 853(a)(1)          Forfeiture Allegation
and (2)


MAY 12, 2008

Date _____          Signature of AUSA: _____

**RICK A. CALVERT**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

<table>
<tr><td colspan="2">

**Related Case Information**

Superseding Indictment:  ☐ Yes  ☒ No    New Defendant: ☒ Yes  ☐ No

Pending CR Case in NDTX: ☐ Yes  ☒ No   If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number _____
</td></tr>
</table>

1.   **Defendant Information**

Juvenile:  ☐ Yes  ☒ No

If Yes, Matter to be sealed:

☒ Yes   ☐ No

Defendant Name _____ **TERRENCE EMMANUEL RONE  (11)** _____

Alias Name _____a.k.a. "T-Rone"_____

Address _____

_____

County in which offense was committed:  _____Dallas_____

2.   **U.S. Attorney Information**

**AUSA RICK A CALVERT** _____          Bar #  TX Bar No. 03669700

3.   **Interpreter**

☐ Yes  ☒ No   If Yes, list language and/or dialect: _____

4.   **Location Status**

Arrest Date:   **Issue arrest warrant**

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

5.   **U.S.C. Citations**

Total # of Counts as to This Defendant:   3    ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess With Intent To Distribute a Schedule I and Schedule II Controlled Substance | 1 |
| 21 U.S.C. § 841(a)(1) and (b)(1)( C) | Possession With the Intent to Distribute a Schedule II Controlled Substance | 5 |

21 U.S.C. § 841(a)(1)          Distribution of a Schedule I Controlled Substance          7
and (b)(1)(C)

Date:   MAY 12, 2008          Signature of AUSA: _____

                                        **RICK A. CALVERT**

# 3-08 CR - 1 5 2 - N

Revised 3/5/98

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| | **Related Case Information** |

Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number _____

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☒ Yes   ☐ No

   Defendant Name _____ **LAKENDRA IRENE AVERY  (12)** _____

   Alias Name _____ a.k.a. "Kendra" _____

   Address _____

   _____

   County in which offense was committed: _____ Dallas _____

2. **U.S. Attorney Information**

   **AUSA RICK A CALVERT** _____   Bar # __TX Bar No. 03669700__

3. **Interpreter**

   ☐ Yes   ☒ No   If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date:   **Issue arrest warrant**

   ☐ Already in Federal Custody as of _____ in _____
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant:   3   ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess With Intent To Distribute a Schedule I and Schedule II Controlled Substance | 1 |
| 21 U.S.C. § 841(a)(1) and (b)(1)( C) | Possession With the Intent to Distribute a Schedule II Controlled Substance | 5. |

Date:  MAY 12, 2008   Signature of AUSA: _____

**RICK A. CALVERT**

*Criminal Case Cover Sheet*                                                 **3-08CR-152-N** Revised 3/5/98

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

| Related Case Information |
|---|
| Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No |
| Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____ |
| Search Warrant Case Number _____ |
| R 20 from District of _____ |
| Magistrate Case Number _____ |

1.  **Defendant Information**

    Juvenile: ☐ Yes ☒ No

    If Yes, Matter to be sealed:

    ☒ Yes  ☐ No

    Defendant Name      **ANTONIO DEWAYNE MCFAIL  (13)**

    Alias Name          _____

    Address             _____

                        _____

                        _____

    County in which offense was committed:    Dallas _____

2.  **U.S. Attorney Information**

    **AUSA RICK A CALVERT**              Bar #  **TX Bar No. 03669700**

3.  **Interpreter**

    ☐ Yes  ☒  No    If Yes, list language and/or dialect: _____

4.  **Location Status**

    Arrest Date:   **Issue arrest warrant**

    ☐ Already in Federal Custody as of _____ in _____
    ☐ Already in State Custody
    ☐ On Pretrial Release

5.  **U.S.C. Citations**

    Total # of Counts as to This Defendant:   **14**        ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess With Intent To Distribute a Schedule I and Schedule II Controlled Substance | 1 |
| 21 U.S.C. § 841(a)(1) and (b)(1)( C) | Possession With the Intent to Distribute a Schedule II Controlled Substance | 15 |

Date:  MAY 12, 2008          Signature of AUSA: _____

                                   **RICK A. CALVERT**

# 3-08 CR - 1 5 2 - N

Revised 3/5/98

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number _____

**1.    Defendant Information**

Juvenile: ☐ Yes ☒ No

If Yes, Matter to be sealed:

☒ Yes   ☐ No

Defendant Name          **WILLIE RAY BEARD  (14)**

Alias Name          a.k.a. "T-Bird"

Address

County in which offense was committed:    *Dallas*

**2.    U.S. Attorney Information**

**AUSA RICK A CALVERT**          Bar #  **TX Bar No. 03669700**

**3.    Interpreter**

☐ Yes   ☒  No   If Yes, list language and/or dialect: _____

**4.    Location Status**

Arrest Date:    **Issue arrest warrant**

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**5.    U.S.C. Citations**

Total # of Counts as to This Defendant:    **14**    ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess With Intent To Distribute a Schedule I and Schedule II Controlled Substance | 1 |
| 21 U.S.C. § 853(a)(1) | Forfeiture Allegation | |

Date:  MAY 12, 2008    Signature of AUSA: _____

**RICK A. CALVERT**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No  If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number _____

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☒ Yes   ☐ No

   Defendant Name    **ROY LEE HARRIS (15)**

   Alias Name    _____

   Address    _____

   _____

   County in which offense was committed:    *Dallas*

2. **U.S. Attorney Information**

   **AUSA RICK A CALVERT**    Bar #  **TX Bar No. 03669700**

3. **Interpreter**

   ☐ Yes   ☒ No    If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date:    **Issue arrest warrant**

   ☐ Already in Federal Custody as of _____ in _____
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant:   **1**    ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess With Intent To Distribute a Schedule I and Schedule II Controlled Substance | 1 |

Date:  MAY 12, 2008  Signature of AUSA: _____

**RICK A. CALVERT**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number _____

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☒ Yes   ☐ No

   Defendant Name     **FNU LNU (16)**

   Alias Name     a.k.a. "Uncle"

   Address _____

   County in which offense was committed:   *Dallas*

2. **U.S. Attorney Information**

   **AUSA RICK A CALVERT**       Bar # **TX Bar No. 03669700**

3. **Interpreter**

   ☐ Yes   ☒ No   If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date:   **Issue arrest warrant**

   ☐ Already in Federal Custody as of _____ in _____
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant:   **1**    Petty ☐    Misdemeanor ☐    X Felony ☐

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess With Intent To Distribute a Schedule I and Schedule II Controlled Substance | 1 |

Date:   MAY 12, 2008   Signature of AUSA: _____

**RICK A. CALVERT**