**ORIGINAL**
N

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 21 2008
CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | Criminal No. 3:08-CR-152-N |
| | § | (Supersedes indictment |
| LAKENDRA IRENE AVERY (12) | § | returned May 21, 2008) |
| a.k.a. "Kendra" | § | |

INFORMATION

The United States Attorney Charges:

Count One
Unlawful Use of a Communication Facility
(Violation of 21 U.S.C. §843(b))

On or about the January 25, 2008, in the Dallas Division of the Northern District of Texas, **Lakendra Irene Avery a.k.a. "Kendra",** the defendant, did knowingly and intentionally use a communication facility, to-wit: a cellular telephone, in facilitating the commission of an act or acts constituting a felony under 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C).

All in violation of 21 U.S.C. § 843(b).

RICHARD B. ROPER
UNITED STATES ATTORNEY

_____
Rick Calvert
Assistant United States Attorney
State Bar Number 03669700
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8675
Facsimile: 214.659.8803