

# United States District Court
# Northern District of Texas
*Dallas Division*

UNITED STATES OF AMERICA

V.

LAKENDRA IRENE AVERY
aka "Kendra"

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:08-CR-152-N (12)

MAG. CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   LAKENDRA IRENE AVERY

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Sealed Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with:

CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE A SCHEDULE I AND SCHEDULE II CONTROLLED SUBSTANCE; and POSSESSION WITH THE INTENT TO DISTRIBUTE A SCHEDULE II CONTROLLED SUBSTANCE

in violation of Title   21

United States Code, Section(s)

846; and 841(a)(1) and (b)(1)(C)

> U.S. DISTRICT COURT
> NORTHERN DISTRICT OF TEXAS
> **FILED**
> NOV 1 3 2008
> CLERK, U.S. DISTRICT COURT
> By _____ Deputy

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

*Karen Mitchell* (signature)
Signature of Issuing Officer

United States Magistrate Judge Paul D Stickney

May 21, 2008          Dallas, TX
Date                  Location

J Gardner
(By) Deputy Clerk

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at DALLAS, TX |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 10/19/08 | GUCKERT, C   DUSM | (signature) |

38245-177                                    1498146